1  KEKER, VAN NEST & PETERS LLP
   R. JAMES SLAUGHTER - # 192813
2  rslaughter@keker.com
   R. ADAM LAURIDSEN - # 243780
3  alauridsen@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
5  Facsimile:     415 397 7188

6  Attorneys for Defendant
   ELECTRONIC ARTS INC.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-2994<br><br>**DEFENDANT ELECTRONIC ARTS INC.'S RULE 7.1 DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Filed: June 20, 2023<br><br>Trial Date: Not Yet Assigned |

DEFENDANT ELECTRONIC ARTS INC.'S RULE 7.1 DISCLOSURE STATEMENT AND L.R. 3-15
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:23-cv-2994

2193643

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Electronic Arts Inc. certifies that it is a publicly traded entity, and that it has no parent corporation or publicly held corporation owning 10% or more of its stock. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 20, 2023                    KEKER, VAN NEST & PETERS LLP

                                        By: */s/ R. Adam Lauridsen*
                                            R. JAMES SLAUGHTER
                                            R. ADAM LAURIDSEN

                                            Attorneys for Defendant
                                            ELECTRONIC ARTS INC.

1
DEFENDANT ELECTRONIC ARTS INC.'S RULE 7.1 DISCLOSURE STATEMENT AND L.R. 3-15
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:23-cv-2994

2193643