Christopher D. Beatty (SBN 266466)
chris.beatty@katten.com
Ashley T. Brines (SBN 322988)
ashley.brines@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310.788.4400
Facsimile: 310.788.4471

Richard L. Farley (*pro hac vice* forthcoming)
Richard.farley@katten.com
Lindsey L. Smith (*pro hac vice* forthcoming)
lindsey.smith@katten.com
Kelsey R. Panizzolo (*pro hac vice* forthcoming)
Kelsey.panizzolo@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
500 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: 704.344.3178

Attorneys for Plaintiff
The BrandR Group, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02994-LB<br><br>Honorable Laurel Beeler<br><br>**PLAINTIFF THE BRANDR GROUP, LLC'S RULE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The BrandR Group, LLC ("TBG") states as follows:

1. TBG is a privately held company.

2. No publicly held company owns 10% or more of TBG stock.

3. The members of TBG are One Team Partners, LLC, a Delaware limited liability company with its principal place of business in New York. ("OneTeam"), and TBG IP Agency Holding Company, LLC, a North Carolina limited liability company with its principal place of business in Florida ("Holdco").

4. The members of Holdco are Wesley Haynes, domiciled in Florida; JC Faulkner, domiciled in North Carolina; Randy Haynes, domiciled in Alabama; Hunter Haynes, domiciled in Florida; Jon Podany, domiciled in New Jersey and/or Florida; Lee Bushkell, domiciled in Florida; Malaika Underwood, domiciled in Florida; Len Stachitas, domiciled in Florida; and Riley Haynes, domiciled in North Carolina.

Additionally, in accordance with Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated: June 21, 2023               **KATTEN MUCHIN ROSENMAN LLP**

By: _____
Christopher D. Beatty
Attorneys for Defendant The BrandR Group, LLC