```
Christopher D. Beatty (SBN 266466)
chris.beatty@katten.com
Ashley T. Brines (SBN 322988)
ashley.brines@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310.788.4400
Facsimile: 310.788.4471

Richard L. Farley (pro hac vice forthcoming)
Richard.farley@katten.com
Lindsey L. Smith (pro hac vice forthcoming)
lindsey.smith@katten.com
Kelsey R. Panizzolo (pro hac vice forthcoming)
Kelsey.panizzolo@katten.com
KATTEN MUCHIN ROSENMAN LLP
500 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: 704.344.3178

Attorneys for Plaintiff
The BrandR Group, LLC
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02994-LB<br><br>Honorable Laurel Beeler<br><br>**DECLARATION OF CHRISTOPHER BEATTY IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>[Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities; Declaration of Wesley Haynes; and [Proposed] Order filed concurrently herewith]<br><br>State Court Action Filed: June 16, 2023<br>Date of Removal: June 20, 2023 |

DECLARATION OF CHRISTOPHER BEATTY

## **DECLARATION OF CHRISTOPHER BEATTY**

I, Christopher Beatty, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and a partner at Katten Muchin Rosenman LLP, which serves as counsel for plaintiff The BrandR Group ("TBG") in the above-captioned action. I am one of the attorneys at my firm responsible for representing TBG in the above-captioned case. As a result of that responsibility, and based on my own actions described below, I have personal knowledge of the facts set forth below, to which I could and would testify if called upon to do so.

2. I make this declaration in support of TBG's *Ex Parte* Application for Order to Show Cause Re: Preliminary Injunction and Temporary Restraining Order ("*Ex Parte* Application").

3. On June 20, 2023, counsel for Defendant Electronic Arts, Inc., R. James Slaughter and R. Adam Lauridsen, removed this matter from California Superior Court in San Mateo County to the Northern District of California. Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I am filing TBG's *Ex Parte* Application via the Court's electronic-filing system, thereby providing notice to counsel regarding the same.

4. In addition, upon filing, I intend to email Attorneys Slaughter and Lauridsen, providing further confirmation of TBG's filed *Ex Parte* Application. I will provide proof of my June 22, 2023 email to opposing counsel if requested.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 22, 2023, in Los Angeles, California.



CHRISTOPHER BEATTY