Christopher D. Beatty (SBN 266466)
chris.beatty@katten.com
Ashley T. Brines (SBN 322988)
ashley.brines@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310.788.4400
Facsimile: 310.788.4471

Richard L. Farley (*pro hac vice* forthcoming)
Richard.farley@katten.com
Lindsey L. Smith (*pro hac vice* forthcoming)
lindsey.smith@katten.com
Kelsey R. Panizzolo (*pro hac vice* forthcoming)
Kelsey.panizzolo@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
500 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: 704.344.3178

Attorneys for Plaintiff
The BrandR Group, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The BrandR Group, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Electronic Arts, Inc., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants, | Case No. 3:23-cv-02994-LB<br><br>Honorable Laurel Beeler<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>[Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities; Declaration of Wesley Haynes; and Declaration of Christopher Beatty filed concurrently herewith]<br><br>State Court Action Filed: June 16, 2023<br>Date of Removal: June 20, 2023 |

## [PROPOSED] ORDER

The Court has reviewed and considered plaintiff The BrandR Group, LLC's ("TBG") *Ex Parte* Application for an Order to Show Cause re: Issuance of a Preliminary Injunction and/or a Temporary Restraining Order (the "Application") against defendant Electronic Acts, Inc. ("EA Sports"),, the Memorandum of Points and Authorities, the declaration of Wesley Haynes, the Complaint, and any argument of counsel at hearing. The Court rules as follows:

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that EA Sports appear before this Court on _____ at _____ a.m./p.m. in Courtroom B – 15th Floor, San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, California 94102, to show cause why a preliminary injunction should not be ordered enjoining EA Sports and its respective employees, agents, and all persons acting with it or on its behalf from: (1) directly or indirectly soliciting any school or university with whom TBG have entered into a Collaboration Agreement (hereafter, a "Partner School") or any student athlete at such school or university with whom TBG has entered into a Group Licensing Authorization and Assignment Agreements ("GLA"; such student athletes are hereafter referred to as "Client Athletes") for their participation in a college football video game being developed by EA Sports (hereafter referred to as the "Game"); (2) directly or indirectly interfering with TBG's contractual rights granted to TBG under its Collaboration Agreements with Partner Schools and GLAs with Client Athletes; (3) directly or indirectly using, appropriating, or incorporating the name, image or likeness ("NIL") of TBG's Client Athletes in the Game without the express authorization and consent of TBG; or (4) directly or indirectly using, appropriating, or incorporating the marks logos, images or other intellectual property of TBG's Partner Schools in the Game in conjunction with the NIL of three or more Partner School Athletes without the express authorization and consent of TBG.

## TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED that, pending the hearing on the Order to Show Cause:

1. The Court finds that TBG has met its burden in demonstrating that this is a proper case for granting a temporary restraining order, as follows:

  a. TBG is likely to prevail on the merits;

  b. TBG will suffer irreparable injury or harm if relief if not granted on an *ex parte* basis because EA Sports has communicated a June 30 deadline for schools and universities to opt to in to participate in the Game;

  c. The balance of the equities favors TBG over EA Sports, and the balance of the hardships also tips sharply towards TBG; and

  d. The issuance of an injunction is in the public interest.

2. Accordingly, a temporary restraining order is hereby entered enjoining EA Sports and its respective employees, agents, and all persons acting with it or on its behalf from:

  a. directly or indirectly soliciting any TBG Partner School or TBG Client Athlete for their participation in the Game;

  b. directly or indirectly interfering with TBG's contractual rights granted to TBG under its Collaboration Agreements with Partner Schools and GLAs with Client Athletes;

  c. directly or indirectly using, appropriating, or incorporating the name, image or likeness ("NIL") of TBG's Client Athletes in the Game without the express authorization and consent of TBG;

  d. (4) directly or indirectly using, appropriating, or incorporating the marks logos, images or other intellectual property of TBG's Partner Schools in the Game in conjunction with the NIL of three or more Partner School Athletes without the express authorization and consent of TBG.

IT IS FURTHER ORDERED that:

1. The parties shall adhere to the following briefing schedule:

  a. Any opposition papers to the Order to Show Cause shall be filed and served on TBG no later than _____ [date].

  b. Any reply papers to the opposition shall be filed and served on EA Sports no later than _____[date].

2. TBG shall serve this Order to Show Cause on EA Sports' counsel by no later than _____ [date], and file a proof of service with the Court.

3. The Temporary Restraining Order granted shall expire on _____ [date] unless otherwise extended by the Court.

4. The security requirement pursuant to FRCP Rule 65(c) is waived because TBG has a strong likelihood of success on the merits and the balance of the hardships weighs heavily in TBG's favor.

**IT IS SO ORDERED.**

Dated: _____          _____
                                     Honorable Laurel Beeler
                                     United States Magistrate Judge

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
+1.310.788.4400 tel  +1.310.788.4471 fax

3
[PROPOSED] ORDER