KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - #192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
LUIS G. HOYOS - # 313019
lhoyos@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BRANDR GROUP, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:23-cv-02994-LB<br><br>**NOTICE OF APPEARANCE OF CANDICE MAI KHANH NGUYEN**<br><br>[Removed from San Mateo Superior Court, Case No. T23-309]<br><br>Date Removed:  June 20, 2023<br><br>**JURY TRIAL DEMANDED** |
|---|---|

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Candice Mai Khanh Nguyen of Keker, Van Nest and Peters LLP hereby appears as counsel for Defendant Electronic Arts Inc. in the above-captioned matter. Counsel is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email are as follows:

```
KEKER, VAN NEST & PETERS LLP
CANDICE MAI KHANH NGUYEN - # 329881
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
Email:         cnguyen@keker.com
```

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: June 22, 2023                                KEKER, VAN NEST & PETERS LLP

                                          By:   /s/ Candice Mai Khanh Nguyen
                                                 R. JAMES SLAUGHTER
                                                 R. ADAM LAURIDSEN
                                                 CANDICE MAI KHANH NGUYEN
                                                 LUIS G. HOYOS

                                                 Attorneys for Defendant ELECTRONIC ARTS INC.