KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - #192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
LUIS G. HOYOS - # 313019
lhoyos@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>   Plaintiff,<br><br> v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 3:23-cv-02994-LB<br><br>**NOTICE OF APPEARANCE OF LUIS G. HOYOS**<br><br>[Removed from San Mateo Superior Court, Case No. T23-309]<br><br>Date Removed:  June 20, 2023<br><br>**JURY TRIAL DEMANDED** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Luis G. Hoyos of Keker, Van Nest and Peters LLP hereby appears as counsel for Defendant Electronic Arts Inc. in the above-captioned matter. Counsel is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> KEKER, VAN NEST & PETERS LLP
> LUIS G. HOYOS - # 313019
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone:    415 391 5400
> Facsimile:    415 397 7188
> Email:        lhoyos@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: June 22, 2023                                      KEKER, VAN NEST & PETERS LLP

                                            By:   */s/ Luis G. Hoyos*
                                                  R. JAMES SLAUGHTER
                                                  R. ADAM LAURIDSEN
                                                  CANDICE MAI KHANH NGUYEN
                                                  LUIS G. HOYOS

                                                  Attorneys for Defendant ELECTRONIC ARTS INC.