KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - #192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
LUIS G. HOYOS - # 313019
lhoyos@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>         Plaintiff,<br><br>     v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 4:23-cv-02994-HSG<br><br>**DECLARATION OF SEAN O'BRIEN IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>[Removed from San Mateo Superior Court, Case No. 23-CIV-2715]<br><br>Date Removed:  June 20, 2023 |

I, Sean O'Brien, declare as follows:

1. I am not a party to this action and am over the age of 18 years. Unless otherwise stated, I have personal knowledge of the information set forth in this declaration, each of which is true.

2. I have been employed by Electronic Arts Inc. ("EA") since 2000 (with a brief hiatus from 2010-2012). I began at EA in game development, where I worked until 2017, rising to the level of Executive Producer. In 2017, I moved into the Business Development group. I am currently a Vice President of Business Development, responsible for all partnerships and licensing for EA SPORTS and Racing titles which includes all licensing agreements, talent and brand partnerships for the portfolio, including *EA SPORTS College Football* and excluding our *EA SPORTS FC* title.

3. EA is one of the world's leading digital interactive entertainment companies. It develops, publishes, and distributes games, content, and services for video game consoles, personal computers, and mobile devices.

4. In the early 1990s, with *Bill Walsh College Football*, EA began publishing video games that allow users to simulate college football games and related activities. In 1997, EA released the first game using the *NCAA Football* title. EA published *NCAA Football* games each subsequent year until 2013, when the series ended with *NCAA Football 14*.

5. For the *NCAA Football* series, EA obtained a license from the Collegiate Licensing Company ("CLC") for the right to use NCAA-member school's names, team names, uniforms, logos, stadiums, mascots, fight songs, and other elements ("Marks and Indicia"). Due to NCAA amateurism restrictions in place at the time, EA did not license any name, image, or likeness ("NIL") rights from current student-athletes for use in the *NCAA Football* series. As a result, the players on the included football teams were generic and did not have real names, photos, or features.

6. In February 2021, EA and CLC announced that EA would be releasing a new college football game, utilizing schools' Marks and Indicia from CLC, as with prior *NCAA Football* games. The press release announcing their collaboration is attached as **Exhibit A** to this

declaration. EA's original plan for the new game was to use generic players with randomly generated names, numbers, and attributes. But later that year, following changes in the law and NCAA regulations allowing student-athletes to license their NIL rights in July 2021, EA began exploring whether it could include actual student-athletes in the game. EA currently anticipates releasing the new college football game in the summer of 2024.

7. There are several ways that EA has licensed the NIL rights of athletes in its sports-themed video games, including *EA SPORTS FC*, *PGA TOUR*, *F1*, *Madden NFL*, and *NBA Live*. EA sometimes negotiates group license agreements pursuant to which an entity, such as a players' union, licenses to EA the right to use the NIL of all of its members in current standing. One example of such a group license is EA's agreement with National Football League Players Inc., the licensing arm of the National Football League Players Association. EA has entered into a group license agreement with the NFLPI that, among other things, gives EA the right to use the NIL of current NFL players in *Madden NFL*. That agreement works for EA because, among other reasons, NFLPI represents all current NFL players.

8. EA also regularly enters into individual license agreements for use of athletes' NILs. Such a license grants the individual athlete the freedom to choose who they wish to contract with and does not include or depend upon the acquisition of any other rights. That athlete may decide for themselves to be a part of EA's game regardless of what any other athletes may choose to do. An example of this is the "legends" feature in EA's professional football game *Madden NFL*, where individual, retired players can choose to license their NIL rights with EA and appear in the game.

9. For college football, unlike professional football, there is no players union that has bundled together the rights of all available student-athletes. As a result, following recent changes in the law and NCAA regulations regarding student-athlete NIL licensing, different mechanisms for licensing student-athlete NIL rights have been suggested. First, because student-athletes are now free to license their own rights, many have been entering into individual licenses directly with licensees. Second, several companies like The Brandr Group ("BrandR") are attempting to create group licensing programs that bundle the NIL rights of multiple student-athletes.

Importantly, group licensing programs do not prevent athletes from entering into individual licenses directly with licensees like EA.

10.     In the course of developing its new college football game, EA explored various options for licensing student-athlete NIL rights, including group licenses and individual licenses. A group license might have been more convenient, but I am not aware of any entity, including BrandR, that is authorized to negotiate on behalf of a large group of FBS student-athletes. In addition, for reasons discussed in Paragraph 12 below, EA believes that individual, direct license agreements are a transparent and fair way to license student-athletes' NILs. For these reasons, and as described below, EA decided to enter into individual licensing agreements with student-athletes.

11.     In May 2023, EA announced that it would pursue individual licenses directly with student-athletes. Through EA's partnership with OneTeam Partners, students will be able to review and sign an individual license with EA for their NIL rights for use in the new college football game. To be clear, EA is not licensing any student-athlete NIL rights from OneTeam Partners. Instead, OneTeam will facilitate a process that will allow student-athletes to enter into a direct contract with EA, which will include only the student-athlete's individual NIL rights, and will not be contingent upon the acquisition of any other rights or licenses (including from other student-athletes or the schools' Marks and Indicia). Put simply, it is an individual license for the use of an individual student-athlete's NIL rights.

12.     EA believes that individual, direct licenses with student-athletes for their NILs are an equitable and transparent solution to NIL licensing for the new college football game. Individual licenses allow student-athletes to make a personal decision about whether they want to be included in EA's new football game. For student-athletes who decide not to sign an individual license with EA, EA will respect their wishes; EA will use generic avatars with randomly generated names, numbers, and attributes for any positions where it has not acquired an individual student-athlete's NIL rights. For student-athletes who decide to sign an individual license with EA, the direct nature of the license ensures transparency. Third-parties that bundle together NIL rights of multiple athletes often have compensation systems where the third-party

may take a significant cut of any licensing revenues and/or create different tiers of athletes within the group. EA's anticipated individual license approach will ensure that the licensing fee—expected to be the same for all student-athletes—will go directly to the student-athlete.

13. EA has not yet begun soliciting individual licenses with any student-athletes for use of their NIL rights in the new college football game, nor has EA entered into a single license with a student-athlete for the use of his NIL in the game. EA's new college football game will be based on the 2024 college football season and released in the summer of 2024. Schools typically do not begin to set their rosters for the fall football season until the prior spring. Thus, it is unlikely that EA will be in a position to determine which student-athletes would be eligible for inclusion in the game until 2024.

14. EA will license school Marks and Indicia from CLC. The license is akin to the licenses EA negotiated with CLC for the previous *NCAA Football* games between 2006 and 2013, which I describe in Paragraph 5, above. CLC does not represent any student-athletes and is not offering any student-athlete NIL licenses to EA. Similarly, no rights that EA obtains from CLC for any school's Marks and Indicia are contingent upon also receiving NIL rights from any student-athletes.

15. Incorporating the Marks and Indicia licensed from the schools into the game is a time-consuming process. EA's game designers and artists spend months ensuring that the jerseys, fields, stadiums, fight songs and other elements of the college football experience utilizing schools' intellectual property are rendered as realistically as technically possible. To ensure adequate lead-time for realistic game development, EA and CLC have encouraged schools to confirm by June 30, 2023 that they wish to join the CLC license and be included in the new college football game. The June 30 date is not a deadline for inclusion in the game. Schools will still be able to opt-in or opt-out after June 30. Most importantly, whether or not a school opts in by June 30 will have no effect on whether any student-athlete from that school is also included in the game.

16. In 2022, BrandR reached out to EA to discuss EA's plans for its new college football game. Specifically, BrandR was interested in potentially licensing student-athletes' NIL

rights for use in the game. Throughout our conversations, it was very unclear what BrandR was proposing. BrandR could not or would not identify what rights, if any, it possessed or how it intended to go about gathering student-athletes' NIL rights. We did not discuss licensing school Marks & Indicia from BrandR because EA already knew that CLC was the exclusive licensee for the schools and that EA would license those rights directly from CLC. When BrandR representatives eventually pitched their proposal in 2023, their approach to license student-athletes remained unclear; they could not identify which student-athletes they were offering as part of this group licensing program or explain how they intended to go about the licensing process specifically for the unique needs of our video game.

17. I don't recall BrandR ever showing me a single agreement with a student-athlete or even a draft agreement explaining the specific NIL rights BrandR intended to obtain from the student-athletes. Moreover, at no point during our conversations did BrandR identify any specific student-athletes that it had contracted with for its group licensing program. My impressions following our discussions was that BrandR did not possess any—and certainly not all—student-athlete NIL rights and could not offer a viable, comprehensive way for EA to license student-athletes' NIL rights for use in the game.

18. Ultimately, because EA decided to directly license student-athletes' NIL rights through individual licenses, I had no reason to engage further with BrandR. On May 17, 2023, I informed BrandR that EA would be working with a different third-party to facilitate direct, individual licenses between EA and student-athletes for use of their NIL in the new college football game.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 26, 2023 in Vancouver, Canada.

*/s/ Sean O'Brien*
Sean O'Brien

# Exhibit A



Press Release Details

VIEW ALL NEWS

## Electronic Arts & CLC to Bring Back College Football Video Games

**FEBRUARY 2, 2021**

*EA SPORTS Begins Development of Exclusive New College Football Console Experience*

REDWOOD CITY, Calif. & ATLANTA--(BUSINESS WIRE)-- Today, Electronic Arts Inc. (NASDAQ: EA), a worldwide leader in interactive entertainment and sports gaming, and CLC, the nation's leading collegiate trademark licensing company, announced the expected return of college football to EA SPORTS™. The partnership allows for EA SPORTS to be the exclusive developer of simulation college football video game experiences. Development of *EA SPORTS College Football* is just underway, with launch timing still to come as the project progresses in the years ahead.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20210202005894/en/



EA SPORTS is back in college football! (Graphic: Business Wire)

For two decades, EA SPORTS entertained millions of fans by recreating the unparalleled pageantry of college football. The EA SPORTS college football franchise was a consistent top-five sports title in North America during its previous run, generating tens of millions unit sales from 2005-2014. In recent years, college football has been one of the most-requested games by fans from EA SPORTS, and today EA is confirming plans for its official return.

"We've heard from the millions of passionate fans requesting the return of college football video games," said Cam Weber, EA SPORTS EVP and GM. "We love the energy, tradition and pageantry of college football and I am beyond thrilled to say we are back in development. We have a lot of really exciting work ahead of us, and a great team that is eager to bring a new game to players in the next couple of years."

"We're very excited to collaborate with EA SPORTS to bring back the college football franchise, one of the most popular collegiate licensed products in our history," said Cory Moss, CLC CEO. "The college football video game connects passionate fans to college brands and introduces new fans to the storied traditions, excitement, and game day experience that make college football unique."

The new franchise will deliver authentic college football experiences and the high quality gameplay that fans have long loved in college football games from EA SPORTS. Through the CLC partnership, the franchise will include the rights to more than 100 institutions featuring the logos, stadiums, uniforms, gameday

traditions and more that fans have come to know and love. While this college game will not include student-athlete names, images and likenesses, EA SPORTS is continuing to watch those developments closely.

EA SPORTS reaches players all around the globe, and in the past year introduced six new console and PC experiences, as well as ongoing live service offerings on PC and mobile. EA SPORTS franchises delivered sports entertainment to millions of fans with an array of authentic, deep experiences that brought players closer to the sports, teams, and leagues that they love. The return of its most requested franchise will only accelerate momentum and player excitement.

EA SPORTS will reveal more about the new college football franchise and related product launch timings in the future. To stay updated on the latest EA SPORTS and college football news, follow on Twitter, Facebook, and Instagram or visit easports.com.

**About Electronic Arts**

Electronic Arts (NASDAQ: EA) is a global leader in digital interactive entertainment. The company develops and delivers games, content and online services for Internet-connected consoles, mobile devices and personal computers.

In fiscal year 2020, EA posted GAAP net revenue of $5.5 billion. Headquartered in Redwood City, California, EA is recognized for a portfolio of critically acclaimed, high-quality brands such as EA SPORTS™ FIFA, Battlefield™, Apex Legends™, The Sims™, Madden NFL, Need for Speed™, Titanfall™ and Plants vs. Zombies™. More information about EA is available at www.ea.com/news.

EA SPORTS, Battlefield, Apex Legends, The Sims, Need for Speed, Titanfall and Plants vs. Zombies are trademarks of Electronic Arts Inc. Madden, FIFA and the NFL are property of their respective owners and used with permission.

**About CLC**

CLC is the nation's leading collegiate trademark licensing company with a mission to elevate college brands through insight and innovation. The company is uniquely positioned to deliver consumer connections and brand visibility for institutions through data-based, customized solutions that include impactful licensed merchandise strategies and innovative marketing platforms to navigate the ever-evolving consumer and retail marketplace. Headquartered in Atlanta, Georgia, CLC is guided by values to serve others, build trust, lead well, innovate often, and be passionate. Founded in 1981, CLC is a part of Learfield IMG College, the leading media and technology services company in intercollegiate athletics.

View source version on businesswire.com: https://www.businesswire.com/news/home/20210202005894/en/

**EA SPORTS**
Will Alexander
PR Manager
614-477-9728
walexander@ea.com

Travis Varner
Sr. Communications Manager
650-628-2717
tvarner@ea.com

**CLC**
Tammy Purves
Sr. Director, Corporate Communications
404-932-3266
tammy.purves@clc.com

Source: Electronic Arts Inc.

VIEW ALL NEWS

Case 4:23-cv-02994-HSG   Document 16-1   Filed 06/27/23   Page 10 of 10

INVESTOR CONTACT

Stuart Canfield, Senior Vice President
Electronic Arts
209 Redwood Shores Parkway
Redwood City, CA 94065
ir@ea.com

QUICK LINKS

Quarterly Earnings

Calendar and Events

SEC Filings

Annual Reports

Twitter

2021 Impact Report

Stockholder Outreach

EMAIL ALERTS

Your Email

Press Releases

Events

SEC Filings

EOD Stock Quote

Sign Up

Legal  |  Online Service Updates  |  User Agreement  |  Privacy and Cookie Policy (Your Privacy Rights)

© 2023 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.



Powered By Q4 Inc. 5.97.0.16