| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | R. JAMES SLAUGHTER - #192813 |
| 2 | rslaughter@keker.com |
| | R. ADAM LAURIDSEN - # 243780 |
| 3 | alauridsen@keker.com |
| | CANDICE MAI KHANH NGUYEN - # 329881 |
| 4 | cnguyen@keker.com |
| | LUIS G. HOYOS - # 313019 |
| 5 | lhoyos@keker.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 7 | Facsimile:     415 397 7188 |

Attorneys for Defendant ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRANDR GROUP, LLC | Case No. 4:23-cv-02994-HSG |
| Plaintiff, | **DECLARATION OF PAUL CAIRNS IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| v. | |
| ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | [Removed from San Mateo Superior Court, Case No. 23-CIV-2715] |
| | Date Removed:  June 20, 2023 |

I, Paul Cairns, declare as follows:

1. I am not a party to this action and am over the age of 18 years. I have personal knowledge of the information set forth in this declaration, each of which is true.

2. I am the Chief Business Officer at Electronic Arts Inc. ("EA"). I have been in that position since 2021. Previously, I served as the Senior Vice President of Business Affairs and Development. I am responsible for, among other things, EA's commercial arrangements, licensing and strategic partnerships, including those for EA's new college football game.

3. I have read paragraph 22 of the June 22, 2023 declaration of Wesley Haynes, where he says "on May 12, 2022, Mr. Cairns assured me that TBG's Partner Schools and student-athlete clients would be included in the new Game, and that EA would honor TBG's rights under TBG's Collaboration Agreements and GLAs. In particular, on this May 12, 2022 call, I discussed TBG's exclusive agreements and asked Mr. Cairns whether EA planned to include TBG's Partner Schools in the Game. Mr. Cairns informed me that 'rest assured,' EA would put all of TBG's Partner Schools and Sponsored-Players in the Game and would enter into direct agreements with TBG at all schools where TBG has rights. Mr. Cairns also stated that EA '100% plans to work with [TBG].'" Mr. Haynes's description of our conversation is incorrect. I did not agree, on EA's behalf, to enter into "direct agreements with TBG at all schools where TBG has rights." Nor did I acknowledge any TBG exclusive rights. When I met with Mr. Haynes, Mr. Haynes presented The Brandr Group LLC's ("BrandR") proposal on group licensing programs for student-athletes' NIL rights. During our conversation, BrandR could not or would not identify what rights, if any, it possessed at the time or how it intended to go about gathering student-athletes' NIL rights. At no time did I agree to contract or otherwise "work with" BrandR.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 27, 2023 in <u>Redwood City, California</u>.

                                              */s/ Paul Cairns*
                                              Paul Cairns