1  KEKER, VAN NEST & PETERS LLP
   R. JAMES SLAUGHTER - #192813
2  rslaughter@keker.com
   R. ADAM LAURIDSEN - # 243780
3  alauridsen@keker.com
   CANDICE MAI KHANH NGUYEN - # 329881
4  cnguyen@keker.com
   LUIS G. HOYOS - # 313019
5  lhoyos@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant ELECTRONIC ARTS INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 | THE BRANDR GROUP, LLC | Case No. 4:23-cv-02994-HSG |
| --- | --- |
| Plaintiff, | **DECLARATION OF MALAIKA UNDERWOOD IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| v. | |
| ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |
| | [Removed from San Mateo Superior Court, Case No. 23-CIV-2715] |
| | Date Removed: June 20, 2023 |
| | **JURY TRIAL DEMANDED** |

## DECLARATION OF MALAIKA UNDERWOOD

1. My name is Malaika Underwood, and I am the Interim Chief Executive Officer of OneTeam Partners, LLC ("OTP"). I am familiar with the facts stated herein and attest to their accuracy subject to penalties of perjury.

2. On May 15, 2023, Electronic Arts Inc. ("EA") and OTP entered into a Services Agreement pursuant to which OneTeam would help EA secure name, image and likeness rights for college football players who wish to opt-in and participate in a forthcoming EA college football video game. Pursuant to the May 15 agreement, those athletes would enter into agreements with EA, and OneTeam's role would be to facilitate the process.

3. OTP has not begun this work and thus, as far as OTP knows, no college football player has opted into the video game or into any agreement with EA. Nor is OTP aware of a June 30, 2023 (or any other) deadline for players to opt into the game or an agreement with EA.

Executed on this 26th day of June, 2023 in Jacksonville, FL.

DocuSigned by:
*Malaika Underwood*
905541FA5E93460...

Malaika Underwood