UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:23-cv-02994-HSG<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>[Removed from San Mateo Superior Court, Case No. 23-CIV-2715]<br><br>Date Removed:  June 20, 2023<br><br>Trial Date:  None Set |

Plaintiff The BrandR Group, LLC's *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause (Dkt. No. 7) is currently pending before the Court.

A temporary restraining order is an "extraordinary remedy never awarded as of right." *Garcia v. Google, Inc.*, 786 F.3d 733, 740 (9th Cir. 2015) (en banc).  BrandR has not shown that it is likely to succeed on the merits, that it is likely to suffer irreparable harm in the absence of emergency injunctive relief, that the balance of equities tips in its favor, or that a temporary restraining order is in the public interest.  *See Winter v. Nat. Res. Def. Council*, 555 U.S. 7, 20 (2008).  Thus, Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

2200189