1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  The BrandR Group, LLC,    Case No. 4:23-cv-02994-HSG
5       Plaintiff(s),
6       v.                   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  Electronic Arts Inc., et al.,   (CIVIL LOCAL RULE 11-3)
8       Defendant(s).
9
10  I, Lindsey L. Smith, an active member in good standing of the bar of
11  North Carolina, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: The BrandR Group, LLC in the
13  above-entitled action. My local co-counsel in this case is Christopher D. Beatty, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 266466.
16
17  550 S. Tryon St. #2900, Charlotte, NC 28202    2029 Century Pk. E., #2600, L.A., CA 90067
    MY ADDRESS OF RECORD                           LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18  (704) 444-2000                                 (310) 788-4400
    MY TELEPHONE # OF RECORD                       LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20  lindsey.smith@katten.com                       chris.beatty@katten.com
    MY EMAIL ADDRESS OF RECORD                     LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22       I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 38665.
24       A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26       I have been granted pro hac vice admission by the Court 0 times in the 12 months
27  preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2023

Lindsey L. Smith
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lindsey L. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on September 12, 2008, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Lindsey Laughridge Smith

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this June 23, 2023.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina