KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - #192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
LUIS G. HOYOS - # 313019
lhoyos@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 4:23-cv-02994-HSG<br><br>**JOINT STIPULATION EXTENDING ELECTRONIC ARTS INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>[Removed from San Mateo Superior Court, Case No. 23-CIV-2715]<br><br>Date Removed:  June 20, 2023 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff The Brandr Group, LLC and Defendant Electronic Arts Inc., by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, Plaintiff filed this lawsuit on June 16, 2023 in the Superior Court of the State of California, County of San Mateo;

WHEREAS, Defendant removed this lawsuit to this Court on June 20, 2023;

WHEREAS, Plaintiff served Defendant with a copy of the Complaint in this lawsuit on June 20, 2023;

WHEREAS, under Federal Rule of Civil Procedure 81, Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is currently July 11, 2023;

WHEREAS, pursuant to Civil Local Rule 6-1(a), counsel for Plaintiff and Defendant have conferred and agreed to extend Defendant's deadline to respond to the Complaint to August 1, 2023;

WHEREAS, the stipulated extension of time will not affect any existing date or deadline set by the Court;

//
//
//
//
//
//
//
//
//
//
//
//
//

1  IT IS THEREFORE HEREBY STIPULATED that:

2  Defendant's deadline to respond to the Complaint shall be extended to August 1, 2023.

3  SO STIPULATED AND AGREED.

Dated: July 6, 2023                                          **KEKER, VAN NEST & PETERS LLP**

                                        By:  */s/ R. James Slaughter*
                                             R. JAMES SLAUGHTER
                                             R. ADAM LAURIDSEN
                                             CANDICE MAI KHANH NGUYEN
                                             LUIS G. HOYOS

                                             Attorneys for Defendant ELECTRONIC ARTS INC.

Dated: July 6, 2023                                          **KATTEN MUCHIN ROSENMAN LLP**

                                        By:  */s/ Christopher D. Beatty*
                                             CHRISTOPHER D. BEATTY
                                             ASHLEY T. BRINES
                                             RICHARD L. FARLEY
                                             LINDSEY L. SMITH
                                             KELSEY R. PANIZZOLO

                                             Attorneys for Plaintiff THE BRANDR GROUP, LLC

## ATTESTATION UNDER CIVIL LOCAL RULE 5-1

I, R. James Slaughter, am the user whose ID and password are being used to file this JOINT STIPULATION EXTENDING ELECTRONIC ARTS INC.'S TIME TO RESPOND TO COMPLAINT. I hereby attest that Christopher D. Beatty has concurred in this filing.

Dated: July 6, 2023
                                        By:  */s/ R. James Slaughter*
                                             R. JAMES SLAUGHTER