UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:23-cv-02994-HSG<br><br>[Removed from San Mateo Superior Court, Case No. 23-CIV-02715]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS WITH PREJUDICE**<br><br>Date:　　October 19, 2023<br>Time:　　2:00 p.m.<br>Dept.:　　Courtroom 2 – 4th Floor<br>Judge:　　Honorable Haywood S. Gilliam, Jr. |

## [PROPOSED] ORDER

On October 19, 2023, the Court heard Defendant Electronic Arts Inc.'s motion to dismiss Plaintiff The BrandR Group, LLC's Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Having considered Defendant's motion, and all papers and arguments in support thereof and opposition thereto, and for good cause shown, the Court HEREBY ORDERS:

1. Defendant's Motion to Dismiss is GRANTED.
2. Plaintiff's Complaint is DISMISSED in its entirety WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE