1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

OAKLAND DIVISION

9

| | |
|---|---|
| THE BRANDR GROUP, LLC | Case No. 4:23-cv-02994-HSG |
| Plaintiff, | [Removed from San Mateo Superior Court, Case No. 23-CIV-02715] |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS WITH PREJUDICE** |
| ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive, | |
| Defendants. | Date:     November 16, 2023<br>Time:     2:00 p.m.<br>Dept.:    Courtroom 2 – 4th Floor<br>Judge:   Honorable Haywood S. Gilliam, Jr. |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

On November 16, 2023, the Court heard Defendant Electronic Arts Inc.'s motion to dismiss Plaintiff The BrandR Group, LLC's Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Having considered Defendant's motion, and all papers and arguments in support thereof and opposition thereto, and for good cause shown, the Court HEREBY ORDERS:

1.  Defendant's Motion to Dismiss is GRANTED.

2.  Plaintiff's Amended Complaint is DISMISSED in its entirety WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____          _____
                                         HONORABLE HAYWOOD S. GILLIAM, JR.
                                         UNITED STATES DISTRICT JUDGE