KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - #192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
LUIS G. HOYOS - # 313019
lhoyos@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>          Plaintiff,<br><br>    v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 4:23-cv-02994-HSG<br><br>[Removed from San Mateo Superior Court, Case No. 23-CIV-02715]<br><br>**DECLARATION OF LUIS G. HOYOS IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO STAY DISCOVERY**<br><br>Date:      October 19, 2023<br>Time:     2:00 p.m.<br>Dept.:    Courtroom 2 – 4th Floor<br>Judge:   Honorable Haywood S. Gilliam, Jr. |

I, Luis G. Hoyos, declare as follows:

1.     I am an associate at the law firm of Keker, Van Nest and Peters, counsel of record for Defendant Electronic Arts Inc. ("EA") in this matter.  I submit this declaration in support of EA's Reply in Support of EA's Motion to Stay Discovery ("Reply").  I have knowledge of the facts set forth herein, and if called upon as a witness, I could and would testify to them competently under oath.

2.     On August 7, 2023, the parties in this action exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).   In its initial disclosures, Plaintiff the BrandR Group, LLC ("BrandR") identified "employees and representatives" from each of its 65 partner schools, as well as from third parties Learfield, the Collegiate Licensing Company ("CLC"), and OneTeam Partners, LLC.

3.     In it is disclosures, BrandR also identified "[s]tudent-athletes with whom [BrandR] has entered into GLAs," and provided "[a] current list of [its] Client Athletes . . . via an electronic Excel file."  The Excel list contains the names and schools of 3,906 "Client Athletes."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 22, 2023, in San Francisco, California.

Luis G. Hoyos

**ATTESTATION UNDER CIVIL LOCAL RULE 5-1**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated:  August 22, 2023                    /s/ R. James Slaughter
                                           R. James Slaughter

DECLARATION OF LUIS G. HOYOS IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO STAY DISCOVERY
Case No. 4:23-cv-02994-HSG
2350018