KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - #192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
CANDICE MAI KHANH NGUYEN - # 329881
cnguyen@keker.com
LUIS G. HOYOS - # 313019
lhoyos@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BRANDR GROUP, LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 4:23-cv-02994-HSG<br><br>[Removed from San Mateo Superior Court, Case No. 23-CIV-02715]<br><br>**DEFENDANT ELECTRONIC ARTS INC.'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Dept.:　　Courtroom 2 – 4th Floor<br>Judge:　　Honorable Haywood S. Gilliam, Jr. |

Defendant Electronic Arts Inc. ("EA") hereby responds to the Court's Order to Show Cause (Dkt. No. 33) why EA's Motion to Dismiss (Dkt. 28) should not be terminated as moot in light of Plaintiff's Amended Complaint (Dkt. No. 31):

EA's Motion to Dismiss and Motion to Stay (Dkt. 28) explained why—as a matter of law based on the language of the contracts appended to the Complaint—Plaintiff could not state a claim against EA, and Plaintiff lacked standing to assert certain of its claims against EA.  As part of Dkt. 28, EA also moved the Court to stay discovery pending the Court's ruling on EA's motion to dismiss and, if leave to amend is granted, until it is clear if any claims will proceed based on any amendment. Plaintiff's Amended Complaint makes the same allegations in its original complaint, attaches the same contracts, and asserts the same causes of action (adding an additional interference with prospective economic advantage claim) and as a result similarly fails to state a claim.  It appears, therefore, that the Amended Complaint was intended frustrate EA's motion to stay.  EA does not dispute that the filing of the amended complaint rendered its original motion to dismiss moot.  Accordingly, contemporaneously with the filing of this response to the Court's OSC, EA is (1) moving to dismiss Plaintiff's Amended Complaint and (2) filing a reply brief in support of its motion to stay, which is not moot as a result of the amended complaint and should remain on calendar for October 19, 2023.

Dated:  August 22, 2023

KEKER, VAN NEST & PETERS LLP

By:  /s/ R. James Slaughter
R. JAMES SLAUGHTER
R. ADAM LAURIDSEN
CANDICE MAI KHANH NGUYEN
LUIS G. HOYOS

Attorneys for Defendant
ELECTRONIC ARTS INC.