Christopher D. Beatty (SBN 266466)
chris.beatty@katten.com
Ashley T. Brines (SBN 322988)
ashley.brines@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310.788.4400
Facsimile: 310.788.4471

Richard L. Farley (admitted *pro hac vice*)
Richard.farley@katten.com
Lindsey L. Smith (admitted *pro hac vice*)
lindsey.smith@katten.com
Kelsey R. Panizzolo (admitted *pro hac vice*)
Kelsey.panizzolo@katten.com
KATTEN MUCHIN ROSENMAN LLP
500 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: 704.344.3178

*Attorneys for Plaintiff The BrandR Group, LLC*

KEKER, VAN NEST & PETERS LLP
R. James Slaughter (SBN 192813)
rslaughter@keker.com
R. Adam Lauridsen (SBN 243780)
alauridsen@keker.com
Candice Mai Khanh Nguyen (SNB 329881)
Cnguyen@keker.com
Luis G. Hoyos (SBN 313019)
lhoyos@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

*Attorneys for Defendant Electronic Arts Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The BrandR Group, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>Electronic Arts, Inc., and DOES 1 through 10, inclusive,<br><br>    Defendants, | Case No. 4:23-cv-02994-HSG<br><br>Honorable Haywood S. Gilliam<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT ELECTRONIC ARTS, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>[*Pursuant to L.R. 6-1(b) and 6-2*]<br><br>Date: October 19, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2 – 4th Floor<br><br>State Court Action Filed: June 16, 2023<br>Date of Removal: June 20, 2023 |

Pursuant to Local Rules 6-1(b) and 6-2, plaintiff The BrandR Group, LLC ("TBG"), on one hand, and defendant Electronic Arts Inc. ("EA"), on the other hand (collectively, the "Parties"), through their respective counsel, hereby stipulate, subject to the Court's approval, to modify the briefing schedule for EA's Motion to Dismiss the Amended Complaint (Dkt. No. 34) as follows:

WHEREAS, On August 22, 2023, EA filed a Motion to Dismiss TBG's Amended Complaint (Dkt. 34.); and

WHEREAS, Pursuant to Local Rule 7-3, TBG's deadline to file an opposition is currently September 5, 2023; and

WHEREAS, Counsel for TBG have pressing client obligations and competing deadlines in other matters that will substantially limit their availability to complete its opposition brief by September 5; and

WHEREAS, If the briefing schedule is extended to accommodate TBG's conflicts, counsel for EA will then have limited ability to prepare a reply brief because of previously scheduled travel out of the country as well as other client obligations.

THEREFORE, the Parties stipulate and agree, subject to Court approval, to modify the briefing schedule on EA's motion to dismiss as follows:

1. The deadline for TBG to file its Opposition to EA's Motion to Dismiss is extended to September 19, 2023.

2. The deadline to EA to file its Reply in Support of its Motion to Dismiss is extended to October 3, 2023.

3. The hearing on EA's Motion to Dismiss shall remain on October 19, 2023.

4. The requested time modification will not impact the schedule for any other deadlines in this case.

NOW THEREFORE, the Parties hereby stipulate and respectfully request that the Court set the foregoing briefing schedule.

[*Signatures on following page*]

|   |   |
|---|---|
|   | Respectfully Submitted by, |
| DATED: August 28, 2023 | KATTEN MUCHIN ROSENMAN LLP |
|   | By /s/ *Lindsey L. Smith* <br> Lindsey L. Smith <br> Attorneys for Plaintiff <br> *The BrandR Group, LLC* |
| DATED: August 28, 2023 | KEKER, VAN NEST & PETERS LLP |
|   | By /s/ *R. James Slaughter* (with permission) <br> R. James Slaughter <br> Attorneys for Defendant <br> *Electronic Arts, Inc.* |

The filer of this document, Lindsey L. Smith, attests that the concurrence in the filing of the document has been obtained from counsel for Defendant Electronic Arts Inc., pursuant to L.R. 5-1(h)(3).

| | |
|---|---|
| DATED: August 28, 2023 | By: /s/ *Lindsey L. Smith* <br> Lindsey L Smith |