1  Christopher D. Beatty (SBN 266466)
   chris.beatty@katten.com
2  Ashley T. Brines (SBN 322988)
   ashley.brines@katten.com
3  **KATTEN MUCHIN ROSENMAN LLP**
   2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067
   Telephone: 310.788.4400
5  Facsimile: 310.788.4471

6  Richard L. Farley (admitted *pro hac vice*)
   Richard.farley@katten.com
7  Lindsey L. Smith (admitted *pro hac vice*)
   lindsey.smith@katten.com
8  Kelsey R. Panizzolo (admitted *pro hac vice*)
   Kelsey.panizzolo@katten.com
9  **KATTEN MUCHIN ROSENMAN LLP**
   500 S. Tryon Street, Suite 2900
10 Charlotte, NC 28202-4213
   Telephone: 704.344.3178
11
   Attorneys for Plaintiff
12 The BrandR Group, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| The BrandR Group, LLC, | Case No. 4:23-cv-02994-HSG |
|---|---|
| Plaintiff, | Honorable Haywood S. Gilliam |
| v. | **DECLARATION OF LINDSEY L. SMITH IN SUPPORT OF STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT ELECTRONIC ARTS, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| Electronic Arts, Inc., and DOES 1 through 10, inclusive, | |
| Defendants, | [*Pursuant to L.R. 6-1(b) and 6-2*] |
| | Date: October 19, 2023 |
| | Time: 2:00 p.m. |
| | Place: Courtroom 2 – 4th Floor |
| | State Court Action Filed: June 16, 2023 |
| | Date of Removal: June 20, 2023 |

I, Lindsey L. Smith, declare as follows:

1. I am an attorney at law duly licensed to practice in North Carolina. I am a partner of the law firm Katten Muchin Rosenman LLP, and counsel of record for plaintiff The BrandR Group, LLC ("TBG") in the above-captioned matter. I have been admitted to appear in this action *pro hac vice*. I make this Declaration in support of the Stipulation to Modify Briefing Schedule on Defendant Electronic Arts, Inc.'s ("EA") Motion to Dismiss the Amended Complaint.

2. I make this declaration pursuant to Northern District of California Local Rule 6-2.

3. If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

4. EA filed a motion to dismiss TBG's amended complaint (Dkt. 34) on August 22, 2023. Pursuant to Local Rule 7-3, TBG's opposition to EA's motion is currently due September 5, 2023. Counsel for TBG, including myself, Richard Farley, Christopher Beatty, Kelsey Panizzolo, and Ashley Brines, have pressing client obligations and competing deadlines in other matters that will substantially limit our availability during the current briefing window.

5. As a result, I asked counsel for EA whether EA would stipulate to extend the time for TBG to file its opposition brief. I am informed and understand that the extension of time requested by TBG will then impact counsel for EA, who I understand has previously scheduled out of country travel in September as well as other client obligations.

6. As a result, all Parties have reached an agreement to extend the current briefing schedule on EA's pending Motion to Dismiss the Amended Complaint. The Parties have agreed, subject to Court approval, that TBG's opposition brief be filed September 19, 2023 and that EA's reply brief be filed October 3, 2023.

7. TBG previously agreed to a voluntary stipulation to extend the time for EA to respond to the original Complaint in this action by three weeks (Dkt. 24). No other modifications of time have been requested by either party or entered in this case.

1

DECLARATION OF LINDSEY L. SMITH

8. The requested time modification will not impact the schedule for any other deadlines in this case. The hearing on EA's Motion to Dismiss the Amended Complaint shall remain on October 19, 2023 notwithstanding the modifications to the briefing schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 28, 2023.

> /s/ Lindsey L. Smith
> Lindsey L. Smith