**Katten**

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
+1.310.788.4400 tel  +1.310.788.4471 fax

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The BrandR Group, LLC,<br><br>        Plaintiff,<br><br>  v.<br>Electronic Arts, Inc., and DOES 1 through 10, inclusive,<br><br>        Defendants, | Case No. 4:23-cv-02994-HSG<br><br>Honorable Haywood S. Gilliam<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT ELECTRONIC ARTS, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>State Court Action Filed: June 16, 2023<br>Date of Removal: June 20, 2023 |

The Court has received and reviewed plaintiff The BrandR Group, LLC ("TBG") and defendant Electronic Arts Inc.'s ("EA") Stipulation to Modify the Briefing Schedule for EA's Motion to Dismiss the Amended Complaint (Dkt. 34). Based on the Stipulation and for good cause appearing, the Court hereby sets the briefing schedule as follows:

1. The deadline for TBG to file its Opposition to EA's Motion to Dismiss is extended from September 5, 2023, to September 19, 2023.

2. The deadline to EA to file its Reply in Support of its Motion to Dismiss is extended from September 12, 2023, to October 3, 2023.

3. The hearing on EA's Motion to Dismiss shall remain on October 19, 2023.

**IT IS SO ORDERED.**

Date: _____

_____
Honorable Haywood S. Gilliam
United States District Judge