**KATTEN MUCHIN ROSENMAN LLP**

Richard L. Farley (admitted *pro hac vice*)
richard.farley@katten.com
Lindsey L. Smith (admitted *pro hac vice*)
lindsey.smith@katten.com
Kelsey R. Panizzolo (admitted *pro hac vice*)
kelsey.panizzolo@katten.com
500 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
Telephone: 704.344.3178

Christopher D. Beatty (SBN 266466)
chris.beatty@katten.com
Ashley T. Brines (SBN 322988)
ashley.brines@katten.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff
The BrandR Group, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| The BrandR Group, LLC, | Case No. 4:23-cv-02994-HSG |
| Plaintiff, | Honorable Haywood S. Gilliam, Jr. |
| v. | **[PROPOSED] ORDER DENYING DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| Electronic Arts Inc., and DOES 1 through 10, inclusive, | |
| Defendants, | Date: October 19, 2023<br>Time: 2:00 p.m.<br>Place: Courtroom 2 – 4th Floor |
| | State Court Action Filed: June 16, 2023<br>Date of Removal: June 20, 2023 |

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT
Case No. 4:23-cv-02994-HSG

**[PROPOSED] ORDER**

On October 19, 2023, the Court heard Defendant Electronic Arts Inc.'s Motion to Dismiss Plaintiff The BrandR Group, LLC's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Having considered Defendant's motion, and all related briefing and argument, the Court **HEREBY ORDERS** that Defendant's Motion to Dismiss is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
+1.310.788.4400 tel   +1.310.788.4471 fax