|   |   |
|---|---|
| 1 | Lindsey L. Smith (admitted pro hac vice) |
|   | lindsey.smith@katten.com |
| 2 | Kelsey R. Panizzolo (admitted pro hac vice) |
|   | Kelsey.panizzolo@katten.com |
| 3 | Richard L. Farley (admitted pro hac vice) |
|   | Richard.farley@katten.com |
| 4 | **KATTEN MUCHIN ROSENMAN LLP** |
|   | 500 S. Tryon Street, Suite 2900 |
| 5 | Charlotte, NC 28202-4213 |
|   | Telephone: 704.344.3178 |
| 6 |   |
|   | Christopher D. Beatty (SBN 266466) |
| 7 | chris.beatty@katten.com |
|   | Ashley T. Brines (SBN 322988) |
| 8 | ashley.brines@katten.com |
|   | **KATTEN MUCHIN ROSENMAN LLP** |
| 9 | 2029 Century Park East, Suite 2600 |
|   | Los Angeles, CA 90067 |
| 10 | Telephone: 310.788.4400 |
|   | Facsimile: 310.788.4471 |
| 11 |   |
|   | *Attorneys for Plaintiff* |
| 12 | *The BrandR Group, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| THE BRANDR GROUP, LLC | Case No. 4:23-cv-02994-HSG |
|---|---|
| Plaintiff, | Honorable Haywood S. Gilliam, Jr. |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| ELECTRONIC ARTS INC., and DOES 1 through 10, inclusive, | |
| Defendants. | State Court Action Filed: June 16, 2023 |
| | Date of Removal: June 20, 2023 |

VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 4:23-cv-02994-HSG

1  Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
2  Procedure that plaintiff The BrandR Group, LLC voluntarily dismisses, without prejudice, the
3  claims contained in the Amended Complaint (Dkt. 31).

Respectfully Submitted by,

DATED: November 30, 2023                KATTEN MUCHIN ROSENMAN LLP


By /s/ Lindsey L. Smith
   Lindsey L. Smith
   Attorneys for Plaintiff
   *The BrandR Group, LLC*

**CERTIFICATE OF SERVICE**

I, Lindsey L. Smith, hereby certify that on November 30, 2023, the foregoing document was filed and served electronically, using the CM/ECF system, on all parties registered to receive notices.

DATED: November 30, 2023

By:   */s/ Lindsey L. Smith*
      Lindsey L. Smith